AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

District of  NEVADA

| | |
|---|---|
| United States of America<br>v.<br><br>EFETURI ARIAWHORAI<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.  2:18-mj-00314-GWF

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 03/30/2018 at 03:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Mar 28, 2018

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
_____
*Printed name and title*



FILED
ENTERED                    RECEIVED
                           SERVED ON
                  COUNSEL/PARTIES OF RECORD

MAR 2 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY