**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-868-8866
gabriel@grassodefense.com
Attorney for ARIAWHORAI

```
____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        MAR 3 0 2018

     CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EFETURI ARIAWHORAI,<br><br>Defendant. | ORDER<br><br>Case No.: 2:18-mj-00314-GWF |

### STIPULATED SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the defendant, EFETURI ARIAWHORAI requests a substitution of counsel in the above styled cause, wherein GABRIEL L. GRASSO, ESQ. is substituted counsel and MAYSOUN FLETCHER, ESQ. at The Fletcher Firm, P.C., is no longer counsel of record for the defendant.

DATED this 30th day of March, 2018.

| | |
|---|---|
| Maysoun Fletcher, Esq.<br>5510 S. Fort Apache, Suite 5<br>Las Vegas, NV 89148<br>(702) 835-1542 | Gabriel L. Grasso, Esq.<br>State Bar Number 7358<br>9525 Hillwood Drive, Suite 190<br>Las Vegas, Nevada 89134<br>(702) 868-8866 |
| _____<br>MAYSOUN FLETCHER, ESQ. | _____<br>GABRIEL L. GRASSO, Esq. |
| | _____<br>EFETURI ARIAWHORAI, Defendant |
| | CAM FERENBACH<br>U.S. MAGISTRATE JUDGE |