# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>EFETURI ARIAWHORAI,<br><br>        Defendant. | 2:18-cr-00301-APG-VCF<br><br>**ORDER** |

Before the court is the Motion to Withdraw as Counsel of Record (ECF No. 44).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Motion to Withdraw as Counsel of Record (ECF No. 44) is scheduled for 10:00 AM, October 1, 2018, in Courtroom 3D.

If at the time of the hearing defendant is in federal custody, he should be transported to the hearing.

DATED this 26th day of September, 2018.

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE