CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265 / Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00301-APG-VCF |
| Plaintiff, | |
| v. | **Government's Motion to Unseal Arrest Warrant** |
| EFETURI ARIAWHORAI, | |
| Defendant. | |

On September 25, 2018, a grand jury indictment was issued against defendant Efeturi Ariawhorai charging him with violation 18 U.S.C. § 1708 (Theft of Mail), 18 U.S.C. § 1029(a)(2) (Using an Unauthorized Access Device), and 18 U.S.C. § 1028A (Aggravataed Identity Theft). (ECF 48.) On that same day, an arrest warrant was issued against Defendant in connection with the indictment. (ECF 52.) Defendant has since absconded from pre-trial supervision and as such the arrest warrant remains outstanding.

On November 25, 2021, Italian authorities provisionally arrested Defendant in Milan (Malpensa), Italy upon his arrival on a flight from the United Arab Emirates. According to Italian authorities, he remains in custody pending extradition proceedings. Because Defendant is in custody, there is no longer cause to keep the arrest warrant under

seal. The Government therefore requests that the Court order the arrest warrant (ECF 52) unsealed.

DATED this 13th day of December, 2021.

Respectfully submitted,
CHRISTOPHER CHIOU
Acting United States Attorney

*s/ Simon F. Kung*
SIMON F. KUNG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EFETURI ARIAWHORAI,<br><br>    Defendant. | Case No. 2:18-cr-00301-APG-VCF |

**[Proposed]** <u>Order Granting Government's Motion to Unseal Arrest Warrant</u>

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Arrest Warrant (ECF 52) in the above-captioned case shall be unsealed.

DATED this 14th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE