RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Nosa Frank Obayando

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00301-APG-VCF-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| NOSA FRANK OBAYANDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Nosa Frank Obayando, that the Sentencing Hearing currently scheduled on June 1, 2022 at 3:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant was recently assigned to Mr. Obayando's case. Additional time is needed to hire an interpreter to communicate with Mr. Obayando. Additionally, time is needed to review discovery, trial information, investigate the case and gather mitigation information which is relevant to the sentencing disposition of this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 17th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Simon F. Kung*<br>By_____<br>SIMON F. KUNG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOSA FRANK OBAYANDO,<br><br>Defendant. | Case No. 2:18-cr-00301-APG-VCF-2<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, June 1, 2022 at 3:30 p.m., be vacated and continued to August 30, 2022, at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 18th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE